# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Milos Vlaovic                                ,          Case No. 13 B 40787
              Debtor

                                                                    Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐       IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒       IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __206__          Check one  ☐  With the filing of the petition, or
                              ☐  On or before __11-25-13__

$ __100__          on or before __12-20-13__

$ _____         on or before _____

$ _____         on or before _____

☐       IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                        BY THE COURT

                                                        J. Cox    Jacqueline P. Cox

Date: __11-13-13__                                      _____
                                                        United States Bankruptcy Judge